IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Susan Twitchell,<br><br>  Plaintiff,<br><br>vs.<br><br>American Airlines Retirement Benefit Program; Plan Administrator of the American Airlines, Inc. Pilot Retirement Benefit Program; American Airlines, Inc.,<br><br>  Defendants. | Case No.: CV-11-00509-TUC-FRZ<br><br>**AMENDED ORDER ON STIPULATION AND REQUEST TO EXTEND REMAINING DEADLINES IN SCHEDULING ORDER** |

The Court's previous Order inadvertently deleted a sentence appearing after the 9/9/2013 deadline for the Joint Pretrial Order; the sentence that was originally contained in the proposed Order sent by the parties has been added after the deadline which is why the Court has issued this "Amended" Order.

The Court having considered the parties' Stipulation and Request to Extend Remaining Deadlines in the Scheduling Order and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation and Request is granted and that the Scheduling Order is revised as follows:

| EVENT | DEADLINE |
|---|---|
| Discovery | 7/19/2013 |
| Dispositive Motions | 8/19/2013 |
| Joint Pretrial Order | 9/19/2013 or, if dispositive motions are filed, 30 days from the filing date of the Court order |

| | issuing a non-dispositive decision on said motions. |
|---|---|

Dated this 6th day of May, 2013.

_____
Frank R. Zapata
Senior United States District Judge