# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Susan Twitchell,<br><br>  Plaintiff,<br><br>v.<br><br>American Airlines Retirement Benefit Program, et al.,<br><br>  Defendants. | No. CV-11-00509-TUC-FRZ<br><br>**ORDER** |

   This matter having come before the Court on the parties' Stipulation of Dismissal with Prejudice [Doc. 101], and the Court finding good cause appearing therefore,

   IT IS ORDERED dismissing the above captioned matter with prejudice.

   IT IS FURTHER ORDERED that each party shall bear its own costs and that neither party shall make claim for attorneys' fees or interest.

   Dated this 29th day of July 2014.

_____
Frank R. Zapata
Senior United States District Judge